

FILED.

03/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0007

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0007

FILED

MAR 1 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

SHANE PHILLIP NICKERSON,

Petitioner,

v.

STATE OF MONTANA,
DEPARTMENT OF CORRECTIONS,

Respondent.

ORDER

Shane Phillip Nickerson petitions this Court for rehearing of our January 18, 2022 Order denying and dismissing his petition for writ of mandate, which sought to direct the Department of Corrections (DOC) to place him in Montana instead of South Dakota. Nickerson contends that the DOC placed him in South Dakota in retaliation for his pending civil cases against it. He further contends that he cannot complete the required sex offender program treatment in South Dakota.

In accordance with M. R. App. P. 20(1)(a), this Court will consider a petition for rehearing upon very limited grounds. "Absent clearly demonstrated exceptional circumstances, the supreme court will not grant petitions for rehearing of its orders disposing of motions or petitions for extraordinary writs." M. R. App. P. 20(1)(d).

It appears from information available on the DOC website that Nickerson was transferred to the Montana State Prison on February 24, 2022, approximately two weeks after he filed his Motion for Rehearing. "A question is rendered moot when, due to some event or happening, the issue ceases to exist and the court cannot grant effective relief." *Cape v. Crossroads Corr. Ctr.*, 2004 MT 265, ¶ 25, 323 Mont. 140, 99 P.3d 171 (quoting *Grabow v. Montana High School Ass'n*, 2000 MT 159, ¶ 14, 300 Mont. 227, 3 P.3d 650 (citing *Shamrock Motors, Inc. v. Ford Motor Co.*, 1999 MT 21, ¶ 19, 293 Mont. 188, 974 P.2d 1150)). As Nickerson's petition for writ of mandate sought relief from his

then-current placement, his claims are now moot. Nickerson has not demonstrated exceptional circumstances for rehearing.

IT IS THEREFORE ORDERED that Nickerson's Motion for Rehearing is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Shane Phillip Nickerson personally.

DATED this 15 day of March, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices